CONRAD M. BRAKER, Respondent, *v.* NEW YORK FINANCE COMPANY, Appellant, Impleaded with Others.

*Braker* v. *N. Y. Finance Co.*, 155 App. Div. 894, affirmed.
(Argued March 11, 1915; decided March 26, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered February 20, 1913, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to set aside certain assignments of a legacy as void for usury.

*Monroe Buckley* and *Philip J. Ross* for appellant.

*Safford A. Crummey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.